JS-6/ENTER

FILED
FEB - 6 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTHEW KEAT PONCE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Warden,<br><br>　　　　Respondent. | Case No. EDCV 11-1333-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: February 3, 2012

_____
Cormac J. Carney
United States District Judge

DOCKETED ON CM
FEB - 6 2012
BY _____ 178

1